**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**STEPHANIE A. GALLAGHER**<br>**UNITED STATES DISTRICT JUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>(410) 962-7780<br>Fax (410) 962-1812<br>MDD_SAGchambers@mdd.uscourts.gov |

November 18, 2022

## **LETTER ORDER**

Steven D. Janel, Esquire
Law Offices of Steven D. Janel
2 State Route 31 North
Second Floor
Pennington, NJ 08534

     Re:  <u>Robert J. Clement v. James A. Dellmyer</u>
           Civil Case No. SAG-20-2089

Dear Counsel:

     A hearing has been scheduled for **December 2, 2022, at 1:00 p.m. in courtroom 7C**. Defendant James Dellmyer is hereby ordered to appear and show cause why he should not be held in contempt of Court for failing to comply with this Court's Order of December 15, 2021.

     Despite the informal nature of this letter, it constitutes an Order of the Court and will be docketed as such.

                                                             Sincerely yours,

                                                             /s/

                                                             Stephanie A. Gallagher
                                                             United States District Judge

cc:    James A. Dellmyer
        512 Biddle Street
        Chesapeake City, MD 21915

        jadellmeyer@gmail.com